**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Sara_Peloquin@fd.org

Attorneys for Mr. Gudino-Manzo

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>             Plaintiff,                         )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>**JOAQUIN OCTAVIO GUDINO-MANZO,** )<br>                                                          )<br>             Defendant.                      )<br>_____ ) | Case No. 08MJ1649<br><br><br>**NOTICE OF APPEARANCE** |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                      Respectfully submitted,

Dated: June 3, 2008                                        /s/ *Sara Peloquin*
                                                           **SARA M. PELOQUIN**
                                                           Federal Defenders of San Diego, Inc.
                                                           Attorneys for Mr. Gudino-Manzo

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 3, 2008                  /s/ Sara Peloquin
                                     **SARA M. PELOQUIN**
                                     Federal Defenders of San Diego, Inc.
                                     225 Broadway, Suite 900
                                     San Diego, CA  92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     Sara_Peloquin@fd.org